# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMIR RABIZADEH,<br><br>    Plaintiff,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-10623-SVW-AFM<br><br>**[PROPOSED] ORDER REMANDING CASE TO STATE COURT** |

Based on the stipulation of the parties and good cause appearing therefor, it is hereby ordered that this case shall be remanded to the Los Angeles Superior Court.

All pending motions before this Court are moot, and all pending deadlines and hearings in this case are hereby vacated.

IT IS SO ORDERED

1/17/19

Honorable Stephen V. Wilson
United States District Judge